U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Jul 08 - 2024**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   8:24-PO-57 (GLF) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **GURCHAN SINGH,** | ) | Violation:   8 U.S.C. § 1325(a)(2) |
| | ) | [Improper Entry by Alien] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Franklin |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about June 24, 2024, in Franklin County in the Northern District of New York, the defendant, **GURCHAN SINGH**, an alien, native and citizen of India, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: July 8, 2024

CARLA B. FREEDMAN
United States Attorney

By: *[signature]*

Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 70730